IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT J. BECKLEY,<br> **Debtor**<br><br>AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL,<br> **Movant**<br>v.<br><br>ROBERT J. BECKLEY,<br> **Respondent(s)**<br><br>RONDA J. WINNECOUR<br> **Trustee** | Bankruptcy No. 17-70086-JAD<br><br>Chapter 13<br><br>Related To Document No. 23<br><br>Doc. # 25 |

## STIPULATION

NOW COMES, AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), by and through its counsel, Morton & Craig LLC, and Robert J. Beckley ("Debtor") by and through his counsel Terry L. Graffius, Esquire, and stipulate and agree as follows:

## RECITALS

WHEREAS, the Debtor filed a voluntary petition for relief under Chapter13 of Title 11, United States Code on February 8, 2017;

WHEREAS, the Debtor and GM Financial are parties to a Motor Vehicle Installment Sales Contract dated January 4, 2016 (the "Contract") whereby the Debtor financed the purchase of a 2015 Chevrolet Silverado 1500 bearing vehicle identification number 1GCUKREC9FF204482 (the "Vehicle");

WHEREAS, the Debtor filed a Chapter 13 Plan on February 20, 2017 in which the Debtor proposed to modify GM Financial's lien and pay GM Financial a total of $34,000.00 with interest at 6% for the Vehicle;

WHEREAS, GM Financial filed a secured proof of claim on February 14, 2017 in the amount of $36,173.89 with contract interest accruing at an annual rate of 11.80%;

WHEREAS, the Debtor and GM Financial have resolved the issues surrounding the Debtor' treatment of GM Financial's secured claim in the Chapter 13 Plan and seek to enter into this Stipulation to resolve said issues.

NOW THEREFORE, the Debtor and GM Financial hereby stipulate and agree as follows:

1. The Chapter 13 Plan dated February 20, 2017 shall incorporate the terms of this Stipulation as it relates to GM Financial's secured claim or if the Debtor decides to file an amended Chapter 13 Plan, said amended Chapter 13 Plan shall incorporate the terms of this Stipulation as it relates to GM Financial's secured claim.

2. That GM Financial shall have a secured claim in the amount of $36,173.89 with annual interest to accrue at 6.0%, with any remainder of GM Financial's claim to be treated as an unsecured claim.

3. That GM Financial shall not release its lien on the Vehicle until the Debtor's Chapter 13 Plan has been fully completed or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier.  Upon payment in accordance with these terms and successful completion of the Chapter 13 Plan by the Debtor, GM Financial shall release its lien on the Vehicle.

4. That this Stipulation shall become null and void, without further Order of Hearing, if the Debtor' underlying Chapter 13 Bankruptcy case is converted to a Chapter 7 case or if the underlying Chapter 13 Bankruptcy case is dismissed.

5. That the Chapter 13 Trustee's consent to this Stipulation is for the purpose of Plan treatment and is not intended to waive any objection(s) the Trustee may have to the Plan

including feasibility, or the reasonableness or necessity of any expense contained within the Debtor's budget or Plan.

IN WITNESS hereof the parties, by their respective, duly authorized, undersigned counsel of record, have caused this Stipulation to be executed as of the _____ day of ___March 27_____, 2017.

BY THE COURT:

_____
The Honorable Jeffery A. Deller
Chief U.S. Bankruptcy Judge

Consented To:

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Morton & Craig LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com
Attorney For GM Financial

FILED
3/27/17 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Terry L. Graffius
Terry L. Graffius, Esquire
PA ID# 75999
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com
Attorney for Debtor

/s/ Owen Katz
Owen Katz
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Chapter 13 Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 17-70086-JAD
Robert J Beckley                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: lfin                  Page 1 of 1           Date Rcvd: Mar 27, 2017
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db             +Robert J Beckley,    220 Maple Avenue,    Windber, PA 15963-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com, hoaks@lhrklaw.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 6