**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. <u>17−70086−JAD</u>

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Robert J Beckley
   220 Maple Avenue
   Windber, PA 15963

Social Security No.:
   xxx−xx−0462

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Terry L. Graffius<br>Leventry & Haschak, LLC<br>1397 Eisenhower Blvd.<br>Richland Square III Suite 202<br>Johnstown, PA 15904<br>Telephone number: 814−266−1799 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>May 26, 2017<br>09:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | CONFIRMATION HEARING DATE/TIME/LOC<br>May 26, 2017<br>09:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: <u>3/29/17</u>

BY THE COURT

<u>Jeffery A. Deller</u>
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70086-JAD
Robert J Beckley                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin               Page 1 of 1                Date Rcvd: Mar 29, 2017
                              Form ID: rsc13           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db              +Robert J Beckley,    220 Maple Avenue,    Windber, PA 15963-2626
14361630        +AT&T Mobility,    1025 Lenox Park Blvd. NE,    Atlanta, GA 30319-5309
14364762        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
14361631        +Fidelity,   100 Crosby Parkway,    KC1H Covington, KY 41015-4399
14361632        +GM Financial,    P.O. Box 183853,   Arlington, TX 76096-3853
14361633        +Harley Davidson Credit Corp.,    Dept 15129,   Palatine, IL 60055-0001
14372258        +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14361634        +Johnstown Employee Credit Federal Union,    969 Eisenhower Blvd,    Johnstown, PA 15904-3326
14375895        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14361635         Wells Fargo,   PO Box 165028,    c/o Michael E. Charlton, Esquire,    Manley, Deus, Kochalski,
                  Columbus, OH 43216-5028
14368481         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                  Eagan, MN 55121-7700
14361636        +Zepka, Inc.,   c/o Kevin Persio, Esquire,    129 S. Center Street,    Ebensburg, PA 15931-1623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 01:48:16     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA   17128-0946
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Harley-Davidson Credit Corp
cr               WELLS FARGO BANK, NA
cr*             +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14365252*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
                                                                                              TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com, hoaks@lhrklaw.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 6