MINUTES OF CHAPTER 12 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
6/7/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: **Beckley** _____ JAD
Date of Meeting: 5/26/17
Case Number: 17-70086   Recording # GS
Debtor(s) present ✓ or Not Present ___ ( ✓ No Payments Made or ✓ partial payments)
Attorney for debtor(s) **GRAFFIUS** (Present ✓ or Not Present ___)
Date of Plan at § 341: 3/30   (Applicable commitment period ✓ 3 yrs ___ 5 yrs

J. Miller — for Graffius

must be 100% plan due to
debtor retaining multiple vehicles
need tax return for T review

__✓__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                        _____ Order to Show Cause Requested
                                        _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
        _____ 341 Meeting OR __✓__ Conciliation Conf. OR __ *Contested Hearing
        On 7/16/17 at 11:30 am/pm Location 3250

_____
Chapter 13 Trustee/Attorney for Trustee