# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | ROBERT J BECKLEY |
| **Case Number:** | 17-70086-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 06, 2017 11:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/7/17 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#30 Amended Plan Dated 3/30/2017 (N)
R / M #: 30 / 0

**Appearances:**

Debtor: Graftius (?)
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: D'Antonio for JSTC Employee Credit Union

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 7/28/17 at 10:00 Am
10. _____ Other:

Debtor retaining three vehicles in plan - Tee believes plan should be 100%

— No payments to Date. plan Arrears $8640 thru 6/17.
— Still looking for 2016 Tax return for review

6/28/2017    2:08:33PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70086-JAD
Robert J Beckley                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: jhel              Page 1 of 1              Date Rcvd: Jul 07, 2017
                  Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
db              +Robert J Beckley,    220 Maple Avenue,    Windber, PA 15963-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
       Karina Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com, jberkebile@lhrklaw.com
       William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 6