IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT J. BECKLEY,                :    Bankruptcy No. 17-70086-JAD

                                  :

                                  :    Related To Doc. No. 30

                                  :

        Debtor.                   :    Chapter 13
_____X

## ORDER CANCELLING and RESCHEDULING HEARING

**AND NOW,** this **19th** day of **July**, **2017, IT IS HEREBY ORDERED** that the hearing scheduled for Friday, July 28, 2017, at 10:00 AM, regarding the *Contested Confirmation Of Debtor's Amended Chapter 13 Plan Dated March 30, 2017*, **ARE CANCELLED and RESCHEDULED** to **Tuesday, August 1, 2017, at 10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.*



JEFFERY A. DELLER      mas
Chief U.S. Bankruptcy Judge

* Video Conferencing equipment has been installed in Courtroom B in Johnstown, PA and in Courtroom D in Pittsburgh, PA.  Parties may appear at either location.

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
7/19/17 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70086-JAD
Robert J Beckley                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin              Page 1 of 1              Date Rcvd: Jul 19, 2017
                              Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db          +Robert J Beckley,    220 Maple Avenue,    Windber, PA 15963-2626
14361630    +AT&T Mobility,    1025 Lenox Park Blvd. NE,    Atlanta, GA 30319-5309
14364762    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
14642013    +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
14361631    +Fidelity,    100 Crosby Parkway,    KC1H Covington, KY 41015-4399
14361632    +GM Financial,    P.O. Box 183853,    Arlington, TX 76096-3853
14361633    +Harley Davidson Credit Corp.,    Dept 15129,    Palatine, IL 60055-0001
14372258    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14375895    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14361635     Wells Fargo,    PO Box 165028,    c/o Michael E. Charlton, Esquire,    Manley, Deus, Kochalski,
              Columbus, OH 43216-5028
14368481     Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
              Eagan, MN 55121-7700
14361636    +Zepka, Inc.,    c/o Kevin Persio, Esquire,    129 S. Center Street,    Ebensburg, PA 15931-1623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14646733    +E-mail/Text: g20956@att.com Jul 20 2017 01:04:22     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
14361634    +E-mail/Text: creditunion@jstc.net Jul 20 2017 01:04:38     JSTC Employees FCU,
              969 Eisenhower Blvd Ste. J,    Johnstown, PA 15904-3326
14639748    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2017 01:06:17     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Harley-Davidson Credit Corp
cr            WELLS FARGO BANK, NA
cr*          +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14365252*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
                                                                                     TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com,
               jberkebile@lhrklaw.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6