# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT J BECKLEY
**Case Number:** 17-70086-JAD     **Chapter:** 13
**Date / Time / Room:** TUESDAY, AUGUST 01, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Continued - Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 3/30/2017
- Conciliation Minutes From 7/6/2017 at Doc. # 41
- 7/28/2017 Hearing Cancelled / Continued To 8/1/2017
R / M #:  30 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTOR(S): Terry L. Graffius, Esq.
CREDITOR: Jeff Mill

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ✓ To Conciliation Conference For 9-28-17 at 1:30 AM/PM at P60
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
8/1/17 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- Continued to conciliation conference on 9/28/17 at 1:30 PM at p60

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge