Department of the Treasury -- Internal Revenue Service

**Form 1040EZ** — Income Tax Return for Single and Joint Filers With No Dependents (99) **2016**

OMB No. 1545-0074

**Your social security number:** 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

**Spouse's social security no.:**

ROBERT J BECKLEY
220 MAPLE AVENUE
WINDBER PA 15963

▲ Make sure the SSN(s) above are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

### Income
Attach Form(s) W-2 here. Enclose, but do not attach, any payment.

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 44,960 |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 0 |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see instructions). | 0 |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income**. | 44,960 |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on page 2. ☐ You  ☐ Spouse  If no one can claim you (or your spouse if a joint return), enter $10,350 if **single**; $20,700 if **married filing jointly**. See page 2 for explanation. | 10,350 |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter –0–. This is your **taxable income**. ▶ | 34,610 |

### Payments, Credits, and Tax

| Line | Description | Amount |
|---|---|---|
| 7 | Federal income tax withheld from Form(s) W-2 and 1099. | 5,525 |
| 8a | **Earned income credit (EIC)** (see instructions) | |
| b | Nontaxable combat pay election.  8b | |
| 9 | Add lines 7 and 8a. These are your **total payments and credits**. ▶ | 5,525 |
| 10 | Tax. Use the amount on **line 6 above** to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | 4,730 |
| 11 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | |
| 12 | Add lines 10 and 11. This is your **total tax**. | 4,730 |

### Refund
Have it directly deposited! See inst. and fill in 13b, 13c, and 13d, or Form 8888.

| 13a | If line 9 is larger than line 12, subtract line 12 from line 9. This is your **refund**. If Form 8888 is attached, check here ▶ ☐ | 795 |

▶ b  Routing number: 101089742   ▶ c  Type: ☒ Checking  ☐ Savings
▶ d  Account number: 708432377 1

### Amount You Owe

| 14 | If line 12 is larger than line 9, subtract line 9 from line 12. This is the **amount you owe**. For details on how to pay, see instructions. ▶ | 0 |

### Third Party Designee
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below.  ☐ No

Designee's name ▶ H AND R BLOCK   Phone no. ▶ 814-467-8453   Personal identification number (PIN) ▶ 37773

### Sign Here
Under penalties of perjury, I declare that I have examined this return and, to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation: DRIVER | Daytime phone number
Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

### Paid Preparer Use Only

Print/Type preparer's name: JAMIE CHICARELL
Preparer's signature:
Date: 02-20-2017
Check ☐ if self-employed
PTIN: P01543554
Firm's name ▶ H AND R BLOCK
Firm's EIN ▶ 273397978
Firm's address ▶ 1200 JEFFERSON AVE  WINDBER PA 15963
Phone no. 814-467-8453

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form **1040EZ** (2016)

FDA  16  1040EZ1   BWF 1040   Form Software Copyright 1996 – 2017 HRB Tax Group, Inc.

Form 1040EZ (2016)  BECKLEY  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  Page **2**

## Use this form if

- Your filing status is single or married filing jointly. If you are not sure about your filing status, see instructions.
- You (and your spouse if married filing jointly) were under age 65 and not blind at the end of 2016. If you were born on January 1, 1952, you are considered to be age 65 at the end of 2016.
- You do not claim any dependents. For information on dependents, see Pub. 501.
- Your taxable income (line 6) is less than $100,000.
- You do not claim any adjustments to income. For information on adjustments to income, use the Tax Topics listed under Adjustments to Income at www.irs.gov/taxtopics (see instructions).
- The only tax credit you can claim is the earned income credit (EIC). The credit may give you a refund even if you do not owe any tax. You do not need a qualifying child to claim the EIC. For information on credits, use the Tax Topics listed under Tax Credits at www.irs.gov/taxtopics (see instructions). If you received a Form 1098-T or paid higher education expenses, you may be eligible for a tax credit or deduction that you must claim on Form 1040A or Form 1040. For more information on tax benefits for education, see Pub. 970.

  **Caution:** If you can claim the premium tax credit or you received any advance payment of the premium tax credit in 2016, you must use Form 1040A or Form 1040.

- You had only wages, salaries, tips, taxable scholarship or fellowship grants, unemployment compensation, or Alaska Permanent Fund dividends, and your taxable interest was not over $1,500. But if you earned tips, including allocated tips, that are not included in box 5 and box 7 of your Form W-2, you may not be able to use Form 1040EZ (see instructions). If you are planning to use Form 1040EZ for a child who received Alaska Permanent Fund dividends, see instructions.

## Filling in your return

If you received a scholarship or fellowship grant or tax-exempt interest income, such as on municipal bonds, see the instructions before filling in the form. Also, see the instructions if you received a Form 1099-INT showing federal income tax withheld or if federal income tax was withheld from your unemployment compensation or Alaska Permanent Fund dividends.

For tips on how to avoid common mistakes, see instructions.

Remember, you must report all wages, salaries, and tips even if you do not get a Form W-2 from your employer. You must also report all your taxable interest, including interest from banks, savings and loans, credit unions, etc., even if you do not get a Form 1099-INT.

## Worksheet for Line 5 -- Dependents Who Checked One or Both Boxes

Use this worksheet to figure the amount to enter on line 5 if someone can claim you (or your spouse if married filing jointly) as a dependent, even if that person chooses not to do so. To find out if someone can claim you as a dependent, see Pub. 501.

- A. Amount, if any, from line 1 on page 1 . . . . . . . . . . . . . _____  + 350.00 Enter total ▶ A. _____
- B. Minimum standard deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B. ___1,050___
- C. Enter the **larger** of line A or line B here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C. _____
- D. Maximum standard deduction. If **single**, enter $6,300; if **married filing jointly**, enter $12,600  D. _____
- E. Enter the **smaller** of line C or line D here. This is your standard deduction . . . . . . . . . . . . . . . . E. _____
- F. Exemption amount.
  - If single, enter -0-.
  - If married filing jointly and --
    - -- both you and your spouse can be claimed as dependents, enter -0-.
    - -- only one of you can be claimed as a dependent, enter $4,050.  ▶ F. _____
- G. Add lines E and F. Enter the total here and on line 5 on page 1 . . . . . . . . . . . . . . . . . G. _____

(keep a copy for your records)

**If you did not check any boxes on line 5,** enter on line 5 the amount shown below that applies to you.
- Single, enter $10,350. This is the total of your standard deduction ($6,300) and your exemption ($4,050).
- Married filing jointly, enter $20,700. This is the total of your standard deduction ($12,600), your exemption ($4,050), and your spouse's exemption ($4,050).

## Mailing Return

Mail your return by **April 18, 2017.** Mail it to the address shown in the instructions.

www.irs.gov/form1040ez  
FDA  16  1040EZ2   BWF 1040   Form Software Copyright 1996 - 2017 HRB Tax Group, Inc.

Form **1040EZ** (2016)

Form **8879**
Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization
▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records.
▶ Information about Form 8879 and its instructions is at www.irs.gov/form8879.

CLIENT COPY

**2016**

Submission Identification Number (SID) ▶

Taxpayer's name: ROBERT J BECKLEY
Social security number: 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

Spouse's name:
Spouse's social security number:

### Part I — Tax Return Information — Tax Year Ending December 31, 2016 (Whole Dollars Only)

| Line | Description | Amount |
|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 44,960 |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 12) | 4,730 |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 40; Form 1040EZ, line 7) | 5,525 |
| 4 | Refund (Form 1040, line 76a; Form 1040A, line 48a; Form 1040EZ, line 13a; Form 1040-SS, Part I, line 13a) | 795 |
| 5 | Amount you owe (Form 1040, line 78; Form 1040A, line 50; Form 1040EZ, line 14) | |

### Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2016, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize H AND R BLOCK to enter or generate my PIN  `0462`
ERO firm name                                              Enter five digits, but do not enter all zeros
as my signature on my tax year 2016 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ Signature and Date on file       Date ▶

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter or generate my PIN
ERO firm name                                              Enter five digits, but do not enter all zeros
as my signature on my tax year 2016 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ Signature and Date on file       Date ▶

### Practitioner PIN Method Returns Only — continue below

### Part III — Certification and Authentication — Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   `25524985755`
Do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2016 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345,** Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶                                          Date ▶ 02-20-2017

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8879** (2016)

FDA    Form Software Copyright 1996 – 2017 HRB Tax Group, Inc.    J0627E    16_8879CC

1600112146

**PA-40 - 2016**

**Pennsylvania Income Tax Return**

ENTER ONE LETTER OR NUMBER IN EACH BOX (05-16)

177700462

BECKLEY

ROBERT         J      Occupation  DRIVER

Occupation

220 MAPLE AVENUE

WINDBER         PA    15963

814 418-4019          56910

N  Extension.    N  Amended Return.

R  Residency Status.
   PA Resident/Nonresident/Part-Year Resident
   from          to

S  Single, Married/Filing Jointly,
   Married/Filing Separately, Final Return

N  Deceased

N  Taxpayer Date of Death

N  Spouse Date of Death

N  Farmers.
   School District Name  WINDBER

| Line | Description | Amount |
|---|---|---|
| 1a | Gross Compensation. Do not include exempt income, such as combat zone pay and qualifying retirement benefits. See the instructions. | 44960 |
| 1b | Unreimbursed Employee Business Expenses. | 0 |
| 1c | Net Compensation. Subtract Line 1b from Line 1a. | 44960 |
| 2 | Interest Income. Complete **PA Schedule A** if required. | 0 |
| 3 | Dividend and Capital Gains Distributions Income. Complete **PA Schedule B** if required. | 0 |
| 4 | Net Income or Loss from the Operation of a Business, Profession or Farm. | 0 |
| 5 | Net Gain or Loss from the Sale, Exchange or Disposition of Property. | 0 |
| 6 | Net Income or Loss from Rents, Royalties, Patents or Copyrights. | 0 |
| 7 | Estate or Trust Income. Complete and submit **PA Schedule J**. | 0 |
| 8 | Gambling and Lottery Winnings. Complete and submit **PA Schedule T**. | 0 |
| 9 | **Total PA Taxable Income.** Add only the positive income amounts from Lines 1c, 2, 3, 4, 5, 6, 7 and 8. DO NOT ADD any losses reported on Lines 4, 5 or 6. | 44960 |
| 10 | Other Deductions. Enter the appropriate code for the type of deduction. See the instructions for additional information.  N | 0 |
| 11 | **Adjusted PA Taxable Income.** Subtract Line 10 from Line 9. | 44960 |

16  PA1    BWF 1040    Form Software Copyright 1996 – 2017 HRB Tax Group, Inc.

EC   OFFICIAL USE ONLY   FC



1600112146

1600212151

PA-40 - 2016
Social Security Number

 Name(s) ROBERT J BECKLEY

| Line | Description | Value |
|---|---|---|
| 12 | **PA Tax Liability.** Multiply Line 11 by 3.07 percent (0.0307). | 1380 |
| 13 | Total PA Tax Withheld. See the instructions. | 1380 |
| 14 | Credit from your 2015 PA Income Tax return. | 0 |
| 15 | 2016 Estimated Installment Payments. REV-459B included. | 0 |
| 16 | 2016 Extension Payment. | 0 |
| 17 | Nonresident Tax Withheld from your **PA Schedule(s) NRK-1.** (Nonresidents only) | 0 |
| 18 | **Total Estimated Payments and Credits.** Add Lines 14, 15, 16 and 17. | 0 |

**Tax Forgiveness Credit. Submit PA Schedule SP.**
19a Filing Status:   **01 Unmarried or Separated**   **02 Married**   **03 Deceased**   19a 00
19b Dependents, Part B, Line 2, **PA Schedule SP**                                      19b 00
20 Total Eligibility Income from Part C, Line 11, **PA Schedule SP.**                    20  0
21 **Tax Forgiveness Credit** from Part D, Line 16, **PA Schedule SP.**                  21  0

| Line | Description | Value |
|---|---|---|
| 22 | Resident Credit. Submit your **PA Schedule(s) G-L** and/or **RK-1.** | 0 |
| 23 | Total Other Credits. Submit your **PA Schedule OC.** | 0 |
| 24 | **TOTAL PAYMENTS and CREDITS.** Add Lines 13, 18, 21, 22 and 23. | 1380 |
| 25 | **USE TAX.** Due on internet, mail order or out-of-state purchases. See instructions. | 0 |
| 26 | **TAX DUE.** If the total of Line 12 and Line 25 is more than line 24, enter the difference here. | 0 |
| 27 | Penalties and Interest. See the instructions.   Enter Code: | 0 |

If including form REV-1630/REV-1630A, mark the box.   N

| 28 | **TOTAL PAYMENT DUE.** See the instructions. | 0 |
|---|---|---|
| 29 | **OVERPAYMENT.** If Line 24 is more than the total of Line 12, Line 25 and Line 27, enter the difference here. | 0 |

The total of Lines 30 through 36 must equal Line 29.

| 30 | **Refund** - Amount of Line 29 you want as a check mailed to you.   REFUND | 0 |
|---|---|---|
| 31 | **Credit** - Amount of Line 29 you want as a credit to your 2017 estimated account. | 0 |
| 32 | Refund donation line. Enter the organization code and donation amount. See instructions. | 0 |
| 33 | Refund donation line. Enter the organization code and donation amount. See instructions. | 0 |
| 34 | Refund donation line. Enter the organization code and donation amount. See instructions. | 0 |
| 35 | Refund donation line. Enter the organization code and donation amount. See instructions. | 0 |
| 36 | Refund donation line. Enter the organization code and donation amount. See instructions. | 0 |

Signature(s). Under penalties of perjury, I (we) declare that I (we) have examined this return, including all accompanying schedules and statements, and to the best of my (our) belief, they are true, correct, and complete.

Your Signature | Spouse's Signature, if filing jointly

Preparer's Name and Telephone Number | Date | E-File Opt Out

Firm FEIN           273397978
Preparer's PTIN     

H AND R BLOCK           814-467-8453

16 PA2   BWF 1040   Form Software Copyright 1996 - 2017 HRB Tax Group, Inc.

Page 2 of 2

1600212151                                                            1600212151

1601910027

# PA SCHEDULE W-2S
**Wage Statement Summary**
PA-40 Schedule W-2S
(08-16) (I)                           **2016**                                                    OFFICIAL USE ONLY

**Summary of PA-Taxable Employee, Non-employee and Miscellaneous Compensation**

Name shown first on the PA-40 (if filing jointly)    Social Security Number (shown first)
BECKLEY        ROBERT                                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

Use this schedule to list and calculate your total PA-taxable compensation and PA tax withheld from all sources.

**Part A Instructions:** List each federal Form W-2 for you and your spouse, if married, received from your employer(s). In the first column enter T for the taxpayer's Social Security Number that appears first on the PA tax return and enter S for the second or spouse SSN. From the Form(s) W-2, enter each employer's federal identification number. Enter the amounts from the Forms W-2 in each column. **IMPORTANT:** You do not have to submit a copy of your Form W-2 if you earned all your income in Pennsylvania and your employer reported your PA wages correctly and withheld the correct amount of PA income tax. You **must submit** a copy of your Form W-2 in certain circumstances. See the PA Schedule W-2S instructions for a list of when a copy of a W-2 is required.

**Part B Instructions:** List each source of income received during the taxable year on a form or statement other than a federal Form W-2. Enter each payer's name. List the payment type that most closely describes the source of your non-employee compensation. Enter the amount of other compensation that you earned. If the form or statement does not have separately stated amounts, enter the amount shown in both federal and PA columns.

**IMPORTANT:** You **must submit** a copy of each form and statement that you list in Part B, whether or not the payer withheld any PA income tax and regardless of whether or not the inc. was taxable in PA. **CAUTION:** The federal and Pennsylvania (state) wages may be different in Part A and Part B.

If you need more space, you may photocopy this schedule or make your own schedules in this format.

| Part A - Federal Forms W-2 | | SEE THE INSTRUCTIONS FOR WHEN TO SUBMIT FORM(S) W-2 | | | |
|---|---|---|---|---|---|
| T/S | Employer's identification number from Box b | Federal wages from Box 1 | Medicare wages from Box 5 | PA compensation from Box 16 | PA income tax withheld from Box 17 |
| T | 35-2015991 | 44,960 | 44,960 | 44,960 | 1,380 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total Part A- Add the Pennsylvania columns** | | | | 44,960 | 1,380 |

| Part B - Miscellaneous and Non-employee Compensation from federal Forms 1099-R, 1099-MISC and other statements | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | YOU MUST SUBMIT COPIES OF EACH FORM OR STATEMENT LISTED IN THIS PART | | | | |
| A. T/S | B. Type | C. Payer name | D. 1099R code | E. Total federal amount | F. Adjusted plan basis | G. PA compensation | H. PA tax withheld |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Total Part B - Add the Pennsylvania columns** | | | | | | | |

| **TOTAL - Add the totals from Parts A and B** | | 44,960 | 1,380 |
|---|---|---|---|
| | Enter the TOTALS on your PA tax return on: | Line 1a | Line 13 |

**Payment type:**
- A. Executor fee
- B. Jury duty pay
- C. Director's fee
- D. Expert witness fee
- E. Honorarium
- F. Covenant not to compete
- G. Damages or settlement for lost wages, other than personal injury
- H. Other nonemployee compensation. Describe: _____
- I. Distribution from employer sponsored retirement, pension or qualified deferred compensation plan
- J. Distribution from IRA (Traditional or Roth)
- K. Distribution from Life Insurance, Annuity or Endowment Contracts
- L. Distribution from Charitable Gift Annuities
- M. Distribution from Employee Stock Ownership Plan Describe: _____



1601910027                        16  PAW2S1   BWF 1040            1601910027
                                  Form Software Copyright 1996 – 2017 HRB Tax Group, Inc.

| pennsylvania DEPARTMENT OF REVENUE Form PA-8879 | **Pennsylvania e-file Signature Authorization** | 2016 |
|---|---|---|

Declaration Control Number/Submission ID

Primary Taxpayer's Name: ROBERT J BECKLEY
Social Security Number: 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

Secondary Taxpayer's Name:
Social Security Number:

### PART I  Tax Return Information – Tax Year Ending Dec. 31, 2016 (Whole dollars only)

1. Adjusted PA Taxable Income (Form PA-40, Line 11) .... 1. 44,960
2. PA Tax Liability (Form PA-40, Line 12) .... 2. 1,380
3. Total PA Tax Withheld (Form PA-40, Line 13) .... 3. 1,380
4. Refund (Form PA-40, Line 30) .... 4. _____
5. Total Payment (Tax Due) (Form PA-40, Line 28) .... 5. _____

### PART II  Declaration and Signature Authorization of Taxpayer

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements of my 2016 PA Tax Return (Form PA-40), and to the best of my knowledge and belief, it is true, correct and complete. In addition, by using a computer system and software to prepare and transmit my return electronically, I consent to the disclosure of all information pertaining to my use of the system and software and to the transmission of my tax return electronically to the PA Department of Revenue. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. If applicable, I authorize the PA Department of Revenue and its designated financial agents to initiate an electronic funds withdrawal (direct debit) entry to my designated account for Pennsylvania taxes owed. I also authorize my financial institution to debit the entry to my account and the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to payment. I certify the funds for this withdraw are originating from an account within the United States or one of its territories. I have selected a personal identification number as my signature for my electronic income tax return and, if applicable, my electronic funds withdrawal consent.

**Primary Taxpayer's Personal Identification Number (PIN): (check one box only)**

[X] I authorize H AND R BLOCK to enter my PIN 10462 as my signature on my tax year 2016 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return.

Signature _____  Date _____

**Secondary Taxpayer's PIN: (check one box only)**

[ ] I authorize _____ to enter my PIN _____ as my signature on my tax year 2016 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return.

Signature _____  Date _____

### Practitioner PIN Program Participants Only – Continue Below

### PART III  Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN  25524985755

As a participant in the Practitioner PIN Program, I certify the above numeric entry is my PIN, which is my signature on the tax year 2016 electronically filed income tax return for the taxpayer(s) indicated above. I confirm I am participating in the Practitioner PIN Program in accordance with the requirements established for this program.

ERO's signature _____  Date 02-20-2017

**ERO must retain this form and the supporting documents for three years.
DO NOT SUBMIT THIS FORM TO THE PENNSYLVANIA DEPARTMENT OF REVENUE.**

16 PA88791   BWF 1040   Form Software Copyright 1996 – 2017 HRB Tax Group, Inc.

CLGS-32-1 (04-16)

# TAXPAYER ANNUAL LOCAL EARNED INCOME TAX RETURN

You are entitled to receive a written explanation of your rights with regard to the audit, appeal, enforcement, refund and collection of local taxes. Contact your Tax Officer.

Tax Year 2016

*If you have relocated during the tax year, please supply additional information.

| DATES LIVING AT EACH ADDRESS | STREET ADDRESS (No PO Box, RD or RR) | CITY OR POST OFFICE | STATE | ZIP |
|---|---|---|---|---|
| TO | | | | |
| TO | | | | |

| LAST NAME, FIRST NAME, MIDDLE INITIAL | SPOUSE'S LAST NAME, FIRST NAME, MIDDLE INITIAL |
|---|---|
| BECKLEY, ROBERT J | |

STREET ADDRESS (**No** PO Box, RD or RR)
220 MAPLE AVENUE

SECOND LINE OF ADDRESS

| CITY | STATE | ZIP CODE |
|---|---|---|
| WINDBER | PA | 15963 |

| DAYTIME PHONE NUMBER | RESIDENT PSD CODE | EXTENSION | AMENDED RETURN | NON-RESIDENT |
|---|---|---|---|---|
| 814 418-4019 | 561105 | | | |

Social Security #: 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

Spouse's Social Security #:

The calculations reported in the first column MUST pertain to the name printed in the column, regardless of whether the husband or wife appears first.
**Combining income is NOT permitted.**

ONLY USE BLACK OR BLUE INK TO COMPLETE THIS FORM

If you had NO EARNED INCOME, check the reason why:
[ ] disabled  [ ] student
[ ] deceased  [ ] military
[ ] homemaker [ ] retired
[ ] unemployed

If you had NO EARNED INCOME, check the reason why:
[ ] disabled  [ ] student
[ ] deceased  [ ] military
[ ] homemaker [ ] retired
[ ] unemployed

[X] Single  [ ] Married, Filing Jointly  [ ] Married, Filing Separately  [ ] Final Return*

| | | | |
|---|---|---|---|
| 1. | Gross Compensation as Reported on W-2(s). (Enclose W-2s) | 44,960 | |
| 2. | Unreimbursed Employee Business Expenses. (Enclose PA Schedule UE) | | |
| 3. | Other Taxable Earned Income * | | |
| 4. | **Total Taxable Earned Income** (Subtract Line 2 from Line 1 and add Line 3) | 44,960 | |
| 5. | Net Profit (Enclose PA Schedules*) NON-TAXABLE S-Corp earnings check this box: [ ] | | |
| 6. | Net Loss (Enclose PA Schedules*) | | |
| 7. | Total Taxable Net Profit (Subtract Line 6 from Line 5. If less than zero, enter zero) | | |
| 8. | Total Taxable Earned Income and Net Profit (Add Lines 4 and 7) | 44,960 | |
| 9. | **Total Tax Liability** (Line 8 multiplied by 1.0000) | 450 | |
| 10. | Total Local Earned Income Tax Withheld (May not equal W-2 – See Instructions) | 450 | |
| 11. | Quarterly Estimated Payments/Credit From Previous Tax Year | | |
| 12. | Out-of-State or Philadelphia Credits (include supporting documentation) | | |
| 13. | **TOTAL PAYMENTS and CREDITS** (Add Lines 10 through 12) | 450 | |
| 14. | **Refund** IF MORE THAN $1.00, enter amount (or select option in 15) | | |
| 15. | Credit Taxpayer/Spouse (Amount of Line 13 you want as a credit to your account) [ ] Credit to next year  [ ] Credit to spouse | | |
| 16. | **EARNED INCOME TAX BALANCE DUE** (Line 9 minus Line 13) | | |
| 17. | **Penalty after April 15*** (multiply Line 16 by         ) | | |
| 18. | **Interest after April 15*** (multiply Line 16 by         ) | | |
| 19. | **TOTAL PAYMENT DUE** (Add Lines 16, 17, and 18) | | |

*See Instructions

Under penalties of perjury, I (we) declare that I (we) have examined this information, including all accompanying schedules and statements and to the best of my (our) belief, they are true, correct and complete.

| YOUR SIGNATURE | SPOUSE'S SIGNATURE (If Filing Jointly) | DATE (MM/DD/YYYY) |
|---|---|---|
| | | |

| PREPARER'S PRINTED NAME & SIGNATURE | PHONE NUMBER |
|---|---|
| H AND R BLOCK | 814-467-8453 |

16 PAPHCLGS1    BWF 1040    Form Software Copyright 1996 – 2017 HRB Tax Group, Inc.