# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** ROBERT J BECKLEY
- **Case Number:** 17-70086-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 28, 2017 01:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/29/17 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#30- Amended Plan Dated 3/30/2017 (N)
R / M #: 30 / 0

### *Appearances:*

Debtor:    *Graftius*
Trustee: Winnecour / Bedford / (Pail) Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to _10/19/17_ at _2:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017   10:48:05 AM