**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INRE: | : | |
| | : | |
| ROBERT J. BECKLEY, | : | Bankruptcy No. 17-70086 |
| *Debtor,* | : | Chapter 13 |
| | : | |
| ROBERT J. BECKLEY, | : | |
| *Movant,* | : | |
| | : | |
| Vs. | : | |
| | : | |
| RHONDA WINNECOUR, | : | Hearing Date and Time: |
| *Trustee.* | : | November 17, 2017 at 10:00 a.m. |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF**
**ROBERT J. BECKLEY TO SELL ESTATE PROPERTY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than October 26, 2017, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on November 17, 2017 at 10:00 a.m. before Judge Jeffery A. Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely

file and serve a written response.

| | |
|---|---|
| Date: <u>October 9, 2017</u> | <u>/s/ Terry L. Graffius</u> |
| | Terry L. Graffius, Esquire |
| | Leventry, Haschak & Rodkey, LLC |
| | PA I.D. 75999 |
| | 1397 Eisenhower Boulevard |
| | Richland Square III, Suite 200 |
| | Johnstown, PA  15904 |
| | (814) 266-1799 |
| | tgraffius@lhrklaw.com |

*NOTE:   Video conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania.  Attorneys may appear at either Courtroom B in Johnstown or Courtroom D in Pittsburgh.