# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
10/24/17 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Conciliation Conference:***

**Debtor:** ROBERT J BECKLEY
**Case Number:** 17-70086-JAD **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 19, 2017 02:30 PM 3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

***Matter:***

#30 - Continued Confirmation of Plan Dated 3/30/2017 (N)
**R / M #:** 30 / 0

***Appearances:***

Debtor: Graffius
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

***Proceedings:***

Con't conference for sale of the Commander (scheduled 11/17) & also to monitor wage attachment.

Outcome:

1. _______ Case Converted to Chapter 7
2. _______ Case Converted to Chapter 11
3. _______ Case Dismissed without Prejudice
4. _______ Case Dismissed with Prejudice
5. _______ Debtor is to inform Court within _______ days their preference to Convert or Dismiss
6. _______ The plan payment/term is increased/extended to _____________, effective _______________.
7. ✓ Plan/Motion continued to 12/21/17 at 3:30pm.
8. _______ An Amended Plan is to be served on all creditors and certificate of service filed by _______________.
   Objections are due on or before _______________.
   A hearing on the Amended Plan is set for _______________ at _______________.
9. _______ Contested Hearing: _______________ at _______________.
10. _______ Other:

Expectation is that unsecureds will be paid 100% under plan.