IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

IN RE: ROBERT J. BECKLEY, Debtor
ROBERT J. BECKLEY, Movant,
Vs.
RHONDA WINNECOUR, Trustee
Bankruptcy No. 17-70086
Chapter 13

Hearing Date and Time: November 17, 2017 at 10:00 a.m.

**NOTICE OF NONEVIDENTIARY HEARING ON MOTION TO SELL PROPERTY**

Notice is hereby given that the Debtor in the above-captioned matter has filed a Motion to Sell, free and clear of all liens and encumbrances a 2012 Can Am Commander XT 1000. A hearing will be held on November 17, 2017, at 10:00 a.m. before the Chief Judge Jeffery A. Deller in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania, 15901. Any objections to said Motion to Sell must be filed and served on or before October 26, 2017. An initial offer of $6,000.00 has been received. The Court may consider higher and better offers at the hearing. If you wish to discuss the terms/conditions of the sale or examine the property to be sold, contact the undersigned. Hand money required at the time of the hearing shall not be less than ten percent (10%) of the purchase price. Additional information regarding the sale is locate at www.pawb.uscourts.gov/easi.btm.

Date: October 9, 2017

Terry L. Graffius, Esquire
Leventry, Haschak & Rodkey, LLC
PA ID # 75999
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com

County of Cambria } SS:
State of Pennsylvania

Charles F. Hagins, being by me, the undersigned authority, duly sworn according to law, deposes and says that he is business manager of the Cambria County Legal Journal, established March 5, 1917, a legal newspaper published in Johnstown, Pennsylvania, and that the notice, exactly as printed and published, a copy of which is hereto attached was published in said Cambria County Legal Journal in the issues of _Oct 12, 19, 26 & Nov 2, 2017_

that affiant is not interested in the subject matter of said notice or advertising and that all of the matter herein set forth as to the time, place and character of said publication are true.

_[signature: Charles F. Hagins]_

Sworn to and subscribed before me this _2nd_ day of _Nov_ 2017

_[signature: Notary Public]_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ROBIN MITCHELL-HAGINS, Notary Public
Upper Yoder Twp., Cambria County, PA
My Commission Expires June 27, 2018