IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT J. BECKLEY,
*Debtor,*

: Bankruptcy No. 17-70086
: Chapter 13

ROBERT J. BECKLEY,
*Movant,*

Vs.

RHONDA WINNECOUR,
*Trustee.*

: Hearing Date and Time:
: November 17, 2017 at 10:00 a.m.

## NOTICE OF NONEVIDENTIARY HEARING ON MOTION TO SELL PROPERTY

Notice is hereby given that the Debtor in the above-captioned matter has filed a Motion to Sell, free and clear of all liens and encumbrances a 2012 Can Am Commander XT 1000. A hearing will be held on November 17, 2017, at 10:00 a.m. before the Chief Judge Jeffery A. Deller in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania, 15901. Any objections to said Motion to Sell must be filed and served on or before October 26, 2017. An initial offer of $6,000.00 has been received. The Court may consider higher and better offers at the hearing. If you wish to discuss the terms/conditions of the sale or examine the property to be sold, contact the undersigned. Hand money required at the time of the hearing shall not be less than ten percent (10%) of the purchase price. Additional information regarding the sale is located at www.pawb.uscourts.gov/easi.btm.

Date: October 9, 2017

/s/ Terry L. Graffius
Terry L. Graffius, Esquire
Leventry, Haschak & Rodkey, LLC
PA ID #75999
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrlaw.com

(10/26/17)

County of Cambria.  } SS:
State of Pennsylvania

Katherine Hanlon, being by me, the undersigned authority, duly sworn according to law, deposes and says that she is the Publisher of the <u>Dispatch</u>, established 1904, a newspaper or general circulation in the County of Cambria, Pennsylvania, published at Ebensburg, Pennsylvania, and that the notice, exactly printed and published, a copy of which is hereto attached, was printed in said <u>Dispatch</u> in the issues of 10/26/17 .................................................................. that affiant is not interested in the subject matter of said notice or advertising and that all of the matters herein set forth as to the time, place and character of said publication.

..................................................
Katherine Hanlon

Sworn to and subscribed before me this 30 day of Oct, 2017.

..................................................
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SAMANTHA L SHANK
Notary Public
CAMBRIA TWP., CAMBRIA COUNTY
My Commission Expires Dec 3, 2017