Printed On : 11/16/2017 3:22:16 PM ( Serv. Writer:TT - Contact ID :3 )

## Allegheny Ridge Cycle, Inc.
DBA. Triumph & Can-Am of Windber
4646 Clearshade Drive
WINDBER, PA 15963
**Main: 814-467-4830**
**Fax: 814-467-9814**

Status : **Open**          Invoice #**7577**
Type : **Service**         Date : **11/16/2017**
Contact ID :**637**

**Robert Beckley**
220 MAPLE AVENUE
WINDBER, Pennsylvania 15963
UNITED STATES
814-915-4007-Cell

### Units for Service

| Year | Make | Model Name (#) | VIN/Serial | Color | Description |
|---|---|---|---|---|---|
| 2012 | Can-Am | 2012 COMMANDER 1000 XT (6BCB) | 3JBKKXP13CJ000137 | PURE MAGNESIUM METALLIC | COMMANDER 1000 XT M |

| Unit Type | Engine Model | Engine Serial | Engine Type | SKU/Stock # | License # |
|---|---|---|---|---|---|
| Side-by-Side | | | | | |

| Odometer In | Odometer Out | Hours In | Hours Out |
|---|---|---|---|
| 2368.00 | 0.00 | 0.00 | 0.00 |

**Job Title : (Estimate) VALUE ESTIMATE - Model : 6BCB  / VIN/Serial :3JBKKXP13CJ000137**

Job Total(Estimate)  $0.00

Service Required
ESTIMATE OF TRADE IN VALUE  -  GOOD FOR 60 DAYS FROM ISSUE

Service Performed
THE ESTIMATED VALUE OF THIS UNIT AFTER INSPECTION IS $6,720.00  tHIS IS CONSISTENT WITH MILES AND IN EXACT ACCORDANCE WITH THE KELLY BLUE BOOK APPRAISAL

Disclaimer
THANKS  FOR ALLOWING US  TO SERVICE/REPAIR  YOUR MACHINE.
IF YOU HAVE ANY QUESTIONS OR CONCERNS, DON'T HESITATE TO CALL.

|  | Totals | | |
|---|---|---|---|
| *** Invoice Total | = | | $0.00 |
| Amount Paid | - | | $0.00 |
| *** Transaction Total | = | | $0.00 |
| **Balance Due =** | | | **$0.00** |

**Deposit Paid  $0.00**

| Tax Name | Tax Amount |
|---|---|
| Pennsylvania (PO) | $0.00 |

Signature  _____



Home | Cars | ues | Cars for Sale | Car Reviews | Awards & Top 10s | Research Tools   Sign In | 15963 | 0

**Popular at KBB.com**
2017-18 New Car Buyer's Guide

Advertisement

Home > Motorcycles > Can-Am Commander 1000 XT > 2012 > Trade-In or Buy? > Motorcycle Details

# Your Motorcycle Value
## 2012 Can-Am Commander 1000 XT

Value Another Motorcycle

**Trade-In Value** | Suggested Retail Value

**Good Condition** — **$6,720**
when trading in at a dealership

Optional Equipment
Mileage & Condition Information
Motorcycle Specs

**Compare motorcycle loan offers**
Get started — lendingtree

**Save on Motorcycle Insurance**
GEICO — Get a free quote

Advertisement

**Shopping Tools**

Shop for Your Next Car or Truck
Reviews, prices and more

**Shop for Your Next Motorcycle**    Get started

**Shop for Your Next Car or Truck**    Get started

See what consumers and KBB experts say, plus get free access to KBB.com's Fair Purchase Price.

Experian — Visit Motorcycle Store
Experian — Get your FICO score
lendingtree — Compare motorcycle loan offers
GEICO — New ride? Get it on GEICO Motorcycle
— Buy or Sell Your Motorcycle

**Or Browse By Category**

Sedan | SUV | Crossover | Luxury | Truck | Van/Minivan

Hybrid | Electric | Coupe | Hatchback | Wagon | Convertible

## Next Steps To Buying Smart

**Save on Motorcycle Insurance**
Get a free insurance quote today and see how much you can save.
    Get it now

Advertisement

**Check Used Motorcycle History**
Get the information you need on the **2012 Can-Am Commander 1000 XT** before

VIN: Enter VIN (optional)