# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| Debtor: | ROBERT J BECKLEY |
| Case Number: | 17-70086-JAD       Chapter: 13 |
| Date / Time / Room: | FRIDAY, NOVEMBER 17, 2017 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## *Matter:*

Motion To Sell Estate Property filed by Debtor
- Proof Of Publication filed in Cambria County Legal Journal filed on 11/3/17 at Doc. # 52
- Proof Of publication filed in Mainline Dispatch filed on 11/3/17 at Doc. # 53
- No Response Filed [Due 10/26/2017]
R / M #:  48 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / BEDFORD / KATZ ✓ / PAIL
DEBTOR(S): Terry Graffius, Esq.
CREDITOR:

## *Proceedings:*

___✓___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
          _____ For At Least _____ Days (Court To Issue Scheduling Order)
          _____ To Hearing Date Of _____ at _____ AM/PM at
          _____
          _____ To Conciliation Conference For _____ at
          _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
          _____ Evidentiary Hearing On Value And Cram-Down Interest
          _____ Complex / Pretrial Order - NONJURY  /  JURY
          _____ Simple / Pretrial Order - NONJURY  /  JURY
          _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

- o/e 11/20/17 granting motion

FILED
11/20/17 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge