# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** ROBERT J BECKLEY
    **Case Number:** 17-70086-JAD      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, DECEMBER 21, 2017 03:30 PM    3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/29/17 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

    #30 - Continued Confirmation of Plan Dated 3/30/2017 (N)
    R / M #: 30 / 0

*Appearances:*

    Debtor: *Graffius* (handwritten)
    Trustee: Winnecour / Bedford / (Pail) / Katz

    Creditor:

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by **1/12/18**
    Objections are due on or before **2/2/18**.
    A hearing on the Amended Plan is set for **2/22/18** at **3:00**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/14/2017  8:02:48AM