UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** ROBERT J BECKLEY
- **Case Number:** 17-70086-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/26/18 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#61 - Amended Plan Dated 1/4/2018 (N)
[Trustee: the Order setting hrg on plan is unserved]
R / M #: 61 / 0

### Appearances:

- Debtor: Graffius
- Trustee: Winnecour / Pail / Katz
- Creditor:

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ____ Plan/Motion continued to ____ at ____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 3/22/18.
   Objections are due on or before 4/5/18.
   A hearing on the Amended Plan is set for 4/26/18 at 2:30 pm.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other:

Debtor has not closed on the sale of the Commander XT. Can 14 for sale to dispose.

Need amended plan to address claims Zepka (sch D) & JSTC (cl #5)