IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INRE:** | : | |
| | : | |
| **ROBERT J. BECKLEY,** | : | Bankruptcy No. 17-70086-JAD |
| *Debtor,* | : | Chapter 13 |
| | : | |
| **ROBERT J. BECKLEY,** | : | |
| *Movant,* | : | |
| | : | |
| Vs. | : | |
| | : | |
| **ZEPKA, INC.,** | : | Hearing Date and Time: |
| *Respondent.* | : | Friday, May 4, 2018 at 11:00 a.m. |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ROBERT J. BECKLEY TO AVOID JUDICIAL LIENS HELD BY ZEPKA, INC.

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion no later than April 5, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this to your lawyer at once.

A hearing will be held on Friday, May 4, 2018 at 11:00 a.m. before Judge Jeffrey A. Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: March 19, 2018                         /S/Terry L. Graffius
                                              Terry L. Graffius, Esquire
                                              1397 Eisenhower Boulevard
                                              Richland Square III, Suite 202
                                              Johnstown, PA 15904
                                              (814) 266-1799
                                              PA ID # 75999

*NOTE: Video conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown or Courtroom D in Pittsburgh.