# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.  17-70086JAD |
| ) | |
| **Robert J. Beckley** ) | |
| ) | |
| **Debtors** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 73 |

## CONSENT ORDER MODIFYING  JUNE 28, 2018  ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 28, 2018 it is

ORDERED that Part "1.G." be amended to add the following: The Claim of Harley Davidson Credit Corp. (Claim No.) shall govern, at a payment of $417.00 per month to pay in full;

IT IS FURTHER ORDERED that the claim of JSTC Employees FCU (Claim No. 5) shall not be paid due to surrender debtor's interest in the 2000 Harley Davidson Sportster XL 1200.

The June 28, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Terry L. Grafius
Terry L. Graffius
Attorney for the debtor
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
814-266-1799
tgraffius@lhrklaw.com