IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-70086JAD |
| ) | |
| Robert J. Beckley ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | Document No. 76 |
| ) | Related to Document No. 73 |

### CONSENT ORDER MODIFYING JUNE 28, 2018 ORDER

AND NOW, this __13th__ day of __July__, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 28, 2018 it is

ORDERED that Part "1.G." be amended to add the following: The Claim of Harley Davidson Credit Corp. (Claim No.) shall govern, at a payment of $417.00 per month to pay in full;

IT IS FURTHER ORDERED that the claim of JSTC Employees FCU (Claim No. 5) shall not be paid due to surrender debtor's interest in the 2000 Harley Davidson Sportster XL 1200.

The June 28, 2018 order otherwise remains in full force and effect.

BY THE COURT:

FILED
7/13/18 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Terry L. Grafius
Terry L. Graffius
Attorney for the debtor
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
814-266-1799
tgraffius@lhrklaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70086-JAD
Robert J Beckley                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin               Page 1 of 1              Date Rcvd: Jul 13, 2018
                              Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.
```
db              +Robert J Beckley,   220 Maple Avenue,    Windber, PA 15963-2626
14361630        +AT&T Mobility,   1025 Lenox Park Blvd. NE,    Atlanta, GA 30319-5309
14364762        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14642013        +Directv, LLC,   by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14361631        +Fidelity,   100 Crosby Parkway,    KC1H Covington, KY 41015-4399
14361632        +GM Financial,   P.O. Box 183853,    Arlington, TX 76096-3853
14361633        +Harley Davidson Credit Corp.,    Dept 15129,    Palatine, IL 60055-0001
14372258        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14361635         Wells Fargo,   PO Box 165028,    c/o Michael E. Charlton, Esquire,   Manley, Deus, Kochalski,
                 Columbus, OH 43216-5028
14368481         Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14361636        +Zepka, Inc.,   c/o Kevin Persio, Esquire,    129 S. Center Street,   Ebensburg, PA 15931-1623
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14646733        +E-mail/Text: g20956@att.com Jul 14 2018 01:23:38     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14361634        +E-mail/Text: creditunion@jstc.net Jul 14 2018 01:23:57     JSTC Employees FCU,
                 969 Eisenhower Blvd Ste. J,    Johnstown, PA 15904-3326
14375895        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 01:26:40
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14639748        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2018 01:26:05      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Harley-Davidson Credit Corp
cr               WELLS FARGO BANK, NA
cr*             +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14365252*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                              TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com,
               jberkebile@lhrklaw.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6
```