FILED
4/2/20 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Robert J Beckley | : | Bankruptcy No.: 17-70086-JAD |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Wells Fargo Bank, N.A. | : | Doc. No. 85 |
| Movant, | : | Related to Doc. No. 80 |
| vs | : | |
| Robert J Beckley | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, this 2nd day of April, 2020, upon consideration of the Motion to Continue the Hearing on Motion for Relief from the Automatic Stay and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The April 3, 2020 hearing is **CANCELLED AND RESCHEDULED** to Wednesday, July 8, 2020 at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

CASE ADMINISTRATOR SHALL SERVE:
Robert J. Beckley
Terry L. Graffius, Esquire
Karina Velter, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

17-006680_SCS2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J Beckley  
    Debtor  

Case No. 17-70086-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Apr 02, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.  
db          +Robert J Beckley,    220 Maple Avenue,    Windber, PA 15963-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       Karina Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com, jbudzina@lhrklaw.com  
       William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                             TOTAL: 6