Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert J Beckley**
Debtor(s)

Bankruptcy Case No.: 17−70086−JAD
Related To Doc. No. 88
Chapter: 13
Docket No.: 90 − 88
Concil. Conf.: July 16, 2020 at 11:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _6th_ day of _May_ , _2020_ , I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    Via U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    See attached list

Executed on _May 6, 2020_      /s/ Terry L. Graffius
       (Date)                  (Signature)

Terry L. Graffius, Esq., Leventry, Haschak & Rodkey, LLC, 1397 Eisenhower Blvd.,
(Type Name and Mailing Address of Person Who Made Service)
Richland Square III, Suite 202, Johnstown, PA  14904

Ronda Winnecour, Bankruptcy Trustee
P.O. Box 84051
Chicago, IL 60689

AT&T Mobility
1025 Lenox Park Blvd. NE
Atlanta, GA 30319

Fidelity
100 Crosby Parkway
KC1H Covington, KY 41015-0037

GM Financial
P.O. Box 183853
Arlington, TX 76096

Harley Davidson Credit Corp.
Dept 15129
Palatine, IL 60055

Johnstown Employee Credit Federal Union
969 Eisenhower Blvd
Johnstown, PA 15904

Wells Fargo
PO Box 165028
c/o Michael E. Charlton, Esquire
Manley, Deus, Kochalski
Columbus, OH 43216-5028

Zepka, Inc.
c/o Kevin Persio, Esquire
129 S. Center Street
Ebensburg, PA 15931