IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>   Ryan M Mackey<br>   Valerie A Mackey<br><br>                        Debtor<br><br>   Ryan M Mackey<br>   Valerie A Mackey<br><br>Movant<br><br>                v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. 20-70247<br><br>Chapter **13**<br><br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Terry L. Graffius**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Terry L. Graffius**
     Signature
**Terry L. Graffius**
     Typed Name
**1397 Eisenhower Blvd., Suite 202**
**Richland Square III**
**Johnstown, PA 15904**
     Address
**814-266-1799 Fax:814-266-5108**
     Phone No.
**75999 PA**
     List Bar I.D. and State of Admission

```
AAS Debt Recovery, Inc.
2526 Monroeville Blvd.
Suite 205
Monroeville, PA 15146

Altoona OBGYN Associates
1701 12th Avenue
Suite A
Altoona, PA 16601

Altoona Ophthalmology Associates
600 E. Pleasant Valley Blvd.
Altoona, PA 16602

Blair County Tax Collection Bureau
P.O. Box 307
Duncansville, PA 16635-0307

Collection Service Center, Inc.
839 Fifth Avenue
New Kensington, PA 15068

Credit Control Collections
2410 Broad Avenue
Altoona, PA 16602

First Commonwealth Bank
2009 Pleasant Valley Blvd.
Altoona, PA 16602

Quality Asset Recovery, LLC
7 Foster Avenue
Suite 101
QAR
Gibbsboro, NJ 08026

State Farm Federal Credit Union
P.O. Box 853944
Richardson, TX 75085-3944

The Summit
2900 Plank Road
Suite 1
Altoona, PA 16601
```