FILED
7/6/20 7:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| Robert J. Beckley, *Debtor,* | : Bankruptcy No. 17-70086-JAD |
| | : Chapter 13 |
| Robert J. Beckley, *Movant,* | : Doc. No. 95 |
| vs. | : Related To Doc. No. 80 |
| Wells Fargo Bank, N.A. | : |
| Ronda J. Winnecour *Respondents.* | : |

## ORDER OF COURT

AND NOW, this <u>6th</u> day of <u>July</u>, 2020, upon consideration of the *Motion To Continue The Hearing On The Motion For Relief From The Automatic Stay* filed at Doc. No. 95 by Creditor Wells Fargo Bank, N.A. and consented to by Debtor Robert J. Beckley, and for good cause shown, it is hereby ORDERED that the July 8, 2020 on the Motion for Relief From the Automatic Stay filed at Doc, No. 80 hearing is CANCELLED and CONTINUED to **Wednesday, September 16, 2020** at **10:00 AM** at **tcjad Telephone Conference -Deller**.

Parties must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to a scheduled hearing. All parties and counsel are directed to consult the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller at www.pawb.uscourts.gov for a detailed description of the mechanics and rules of conduct regarding telephonic hearings.

_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

CASE ADMINISTRATOR SHALL SERVE:
Terry L. Graffius, Esquire
Karina Velter, Esquire
Ronda J. Winnecour, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J Beckley  
    Debtor  

Case No. 17-70086-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Jul 06, 2020  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.  
db           +Robert J Beckley,   220 Maple Avenue,   Windber, PA 15963-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor     Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Karina Velter     on behalf of Creditor     WELLS FARGO BANK, NA amps@manleydeas.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Terry L. Graffius     on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com, kmaris@lhrklaw.com  
         William E. Craig     on behalf of Creditor     Americredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                  TOTAL: 6