**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Bankruptcy No. 17-70086** |
| **Robert J. Beckley,** | : | |
| | : | **Chapter 13** |
| *Debtors.* | : | |
| | : | |
| **Robert J. Beckley,** | : | |
| | : | |
| *Movant,* | : | |
| v. | : | |
| | : | |
| **Pepsi Bottling Co.,** | : | |
| | : | |
| *Respondent.* | : | |

**CERTIFICATE OF SERVICE**

**AND NOW**, this 24th day of July, 2020, I do hereby certify that a copy of the Amended

Order to Pay Trustee Pursuant to Wage Attachment and Notification of Debtor's Social Security

Number were served via First-Class, U.S. Mail, postage prepaid on the following:


Pepsi Bottling Co.
C/O CT Corp.
ATTN: Amy Mclaren
1209 Orange Street
Wilmington, DE  19801


/s/ Terry L. Graffius, Esquire
Terry L. Graffius, Esquire
PA I.D. 75999
Leventry, Haschak & Rodkey, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com