FILED
7/23/20 6:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Robert J. Beckley | : | Bankruptcy No. 17-70086-JAD |
| | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| Robert J. Beckley | : | Related To Doc. No. 102 |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| Pepsi Bottling Company | : | |
| | : | |
| Respondent. | | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 Petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

**IT IS, THEREFORE, ORDERED** that until further Order of this Court, the entity from which the Debtor receives income:

**Pepsi Bottling Company**
**424 Industrial Park Road**
**Johnstown, PA  15904**

shall deduct from that income the sum of $669.47, beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums **ON AT LEAST A MONTHLY** BASIS to:

Ronda Winnecour
Bankruptcy Trustee, W.D.P.A.
P.O. Box 84051
Chicago, IL 60689-4002

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 that includes the Debtor's full Social Security Number on the above-named entity. Debtor shall file a Certificate of Service regarding service of this Order and local form, but the Social Security Number shall not be included on the Certificate.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension or union dues shall be paid to the Debtor in accordance with usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.**

**IT IS FURTHER ORDERED** that this Order supersedes previous Orders made to the above-named entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this Attachment Order, except as may be allowed upon application to and Order of this Court. **

**DATED** this 23rd day of July, 2020.

_____  mas
Jeffery A. Deller
U.S. Bankruptcy Judge

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

**PAWB Local Form 11 (05/16)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J Beckley  
    Debtor

Case No. 17-70086-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Jul 23, 2020  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db        +Robert J Beckley,    220 Maple Avenue,    Windber, PA 15963-2626  
           Pepsi Bottling Company,    Attn: Payroll Manager,    424 Industrial Park Road,    Johnstown, PA 15904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        Karina Velter    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Terry L. Graffius    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com, kmaris@lhrklaw.com  
        William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                                                                       TOTAL: 6