Form 404

UNITED STATES BANKRUPTCY COURT    108 – 107
WESTERN DISTRICT OF PENNSYLVANIA    msch

In re:

Bankruptcy Case No.: 17−70086−JAD
Related To Doc. No. 107
Chapter: 13
Hearing Date: 9/30/20 at 11:00 AM

**Robert J Beckley**
  Debtor(s)

**CERTIFICATE OF SERVICE OF** Objection to Proof of Claim No. 9 Filed by Zepka, Inc.
  (Specify Document(s) Served) and Order Scheduling Dates for Response and Telephonic Hearing on Motion

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on September 3, 20202 .
  (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: USPS First Class Mail .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Kevin Persio, Esquire
Smorto, Persio, Webb and McGill
129 South Center Street
P.O. Box 239
Ebensburg, PA   15931

Ronda Winnecour, Bankruptcy Trustee
600 Grant Street, Suite 3250
U.S. Steel Tower
Pittsburgh, PA   15219

By: _____
    (Signature)
    Terry L. Graffius, Esq.
    Typed Name

1397 Eisenhower Blvd. Suite 202
Address Johnstown, PA   15904
(814) 266-1799
Phone No.
   PA ID/Number 75999
List Bar I.D. and State of Admission