IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/1/20 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | Bankruptcy No. 17-70086-JAD |
| Robert J. Beckley, | Chapter 13 |
| *Debtor.* | Related To Doc. No. 107 |

## ORDER OF COURT

**AND NOW**, this <u>1st</u> day of <u>October</u>, 2020, after notice and hearing held on September 30, 2020, it is hereby ORDERED, ADJUDGED and DECREED that the Objection To Proof of Claim No. 9 of Zepka, Inc. filed by Debtor Robert J. Beckley is sustained, and Claim No. 9 is DISALLOWED.

By the Court,

Jeffery A. Deller
United States Trustee

CASE ADMINISTRATOR SHALL SERVE:
  Robert J. Beckley
  Terry L. Graffius, Esquire
  Kevin Persio, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70086-JAD |
| Robert J Beckley | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J Beckley, 220 Maple Avenue, Windber, PA 15963-2626 |
| 14361636 | + | Zepka, Inc., c/o Kevin Persio, Esquire, 129 S. Center Street, Ebensburg, PA 15931-1623 |
| 14882878 | + | Zepka, Inc. c/o Kevin Persio, Esquire, P.O. Box 239, Ebensburg, PA 15931-0239 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name**                          **Email Address**

Brian Nicholas
    on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Karina Velter
    on behalf of Creditor WELLS FARGO BANK  NA amps@manleydeas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Terry L. Graffius
    on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com   kmaris@lhrklaw.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 2 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 3 |

William E. Craig
                on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6