FILED
11/6/20 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | **Bankruptcy No. 17-70086-JAD** |
| **Robert J Beckley** | : | **Chapter 13** |
| | : | **Judge Jeffery A. Deller** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Doc. No. 116** |
| **Movant,** | : | |
| **vs** | : | **Related To Doc. No. 80** |
| | : | |
| **Robert J Beckley** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | : | |

### ORDER OF COURT

AND NOW, this 6th day of November, 2020, upon consideration and for good cause

shown, the Motion to Withdraw the Motion for Relief from the Automatic Stay, filed at Doc.

No. 116, is granted.  The Motion For Relief From Automatic Stay filed at Doc. No. 80 is

DENIED AS WITHDRAWN and the hearing scheduled for January 8, 2021, at 11:00 AM, is

CANCELLED.

mas

JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

CASE ADMINISTRATOR SHALL SERVE:
    Karina Velter, Esquire
    Robert J. Beckley
    Terry L. Graffius, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

17-006680_SCS2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-70086-JAD

Robert J Beckley                                                                          Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7                         User: msch                                   Page 1 of 2

Date Rcvd: Nov 06, 2020                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

**Recip ID              Recipient Name and Address**
db                 +   Robert J Beckley, 220 Maple Avenue, Windber, PA 15963-2626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Nicholas
                                      on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Karina Velter
                                      on behalf of Creditor WELLS FARGO BANK  NA amps@manleydeas.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                      cmecf@chapter13trusteewdpa.com

Terry L. Graffius
                                      on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com  kmaris@lhrklaw.com

William E. Craig
                                      on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,

District/off: 0315-7                               User: msch                                     Page 2 of 2
Date Rcvd: Nov 06, 2020                       Form ID: pdf900                            Total Noticed: 1

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6