| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Robert J Beckley | Case Number:<br><br>7:2017-bk-70086 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>    Wells Fargo Bank, N.A. | | |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **COURT USE ONLY**<br>**X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>    Wells Fargo Bank, N.A.<br>    Attention: Payment Processing<br>    MAC F2302-04C<br>    1 Home Campus<br>    Des Moines, IA 50328<br>    Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **1194**  UCID: **WFCMGF1770086PAW04621194** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number: **2** | | |
| 3.  **Signature:**<br><br>**Check the appropriate box.**<br>    **X**  I am the creditor.<br>         I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>         **I am the trustee, or the debtor.**<br>         **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:  /s/ Maun Michelle Mason            Date: 12/27/2021<br>       VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                CASE NO.:     17-70086

**Robert J Beckley**                           CHAPTER:     13

           **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before December 27, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Robert J Beckley<br>220 Maple Avenue<br>Windber, PA 15963 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | Terry L. Graffius<br>Leventry & Haschak, LLC<br>1397 Eisenhower Blvd.<br>Richland Square III Suite 202<br>Johnstown, PA 15904 |
| *Trustee:* | *By CM / ECF Filing:* |
| | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

                                                               /s/ John Shelley
                                            _____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)