**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> ROBERT J BECKLEY <br><br> Debtor(s) <br> Ronda J. Winnecour, Trustee <br>   Movant <br>     vs. <br> ROBERT J BECKLEY <br><br>   Respondents | Case No.17-70086JAD <br><br> Chapter 13 <br><br> Related to <br> Document No. _____122_____ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __9th__ day of __February__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pepsi Botting <br>
Attn : Payroll Manager <br>
424 Industrial Park <br>
Johnstown, PA 15904

is hereby ordered to immediately terminate the attachment of the wages of ROBERT J BECKLEY, social security number XXX-XX-0462. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT J BECKLEY.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
2/9/22 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70086-JAD |
| Robert J Beckley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert J Beckley, 220 Maple Avenue, Windber, PA 15963-2626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  NA amps@manleydeas.com |
| Terry L. Graffius | on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, |

District/off: 0315-7     User: auto     Page 2 of 2
Date Rcvd: Feb 09, 2022     Form ID: pdf900     Total Noticed: 1

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6