IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Amended Modified

**DEFAULT O/E JAD**

IN RE:
ROBERT J BECKLEY

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 17-70086 JAD

Chapter 13

Document No.: 127

ORDER OF COURT

AND NOW, this __17th__ day of __May__, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate by __6/7/2022__ or sanctions may be imposed.

FILED
5/17/22 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
U.S. BANKRUPTCY JUDGE    jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70086-JAD |
| Robert J Beckley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J Beckley, 220 Maple Avenue, Windber, PA 15963-2626 |
| 14361631 | + | Fidelity, 100 Crosby Parkway, KC1H Covington, KY 41015-4399 |
| 14361633 | + | Harley Davidson Credit Corp., Dept 15129, Palatine, IL 60055-0001 |
| 14361634 | + | JSTC Employees FCU, 969 Eisenhower Blvd Ste. J, Johnstown, PA 15904-3326 |
| 14361635 | | Wells Fargo, PO Box 165028, c/o Michael E. Charlton, Esquire, Manley, Deus, Kochalski, Columbus, OH 43216-5028 |
| 14368481 | + | Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14361636 | + | Zepka, Inc., c/o Kevin Persio, Esquire, 129 S. Center Street, Ebensburg, PA 15931-1623 |
| 14882878 | + | Zepka, Inc. c/o Kevin Persio, Esquire, P.O. Box 239, Ebensburg, PA 15931-0239 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14361630 | + | Email/Text: g20956@att.com | May 17 2022 23:51:00 | AT&T Mobility, 1025 Lenox Park Blvd. NE, Atlanta, GA 30319-5309 |
| 14646733 | + | Email/Text: g20956@att.com | May 17 2022 23:51:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14364762 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2022 23:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14642013 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:58:48 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14361632 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2022 23:51:00 | GM Financial, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14372258 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 17 2022 23:50:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14375895 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2022 23:48:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14639748 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:48:26 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | WELLS FARGO BANK, NA |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 16 |

| | | | |
|---|---|---|---|
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 | |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 14365252 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 | |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  NA amps@manleydeas.com |
| Terry L. Graffius | on behalf of Debtor Robert J Beckley tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6