Certificate Number: 17572-PAW-DE-036564866

Bankruptcy Case Number: 17-70086



17572-PAW-DE-036564866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 23, 2022,</u> at <u>3:12</u> o'clock <u>AM PDT</u>, <u>Robert J Beckley</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 23, 2022</u>

By:  <u>/s/Kelly Faulks</u>

Name:  <u>Kelly Faulks</u>

Title:  <u>Counselor</u>